UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No.  EDCV 15-01899-VAP (KKx) | | Date   November 16, 2015 |
| Title   ELIZABETH LA FUENTE -v- COTT BEVERAGES INC., COTT CORPORATION | | |

Present: The Honorable     VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| Marva Dillard Wendy Rogers | Patricia Cuneo | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Jill Parker | Cheryl D. Orr<br>Philippe Lebel | |

Proceedings:   PLAINTIFF'S MOTION TO REMAND CASE TO SAN BERNARDINO SUPERIOR COURT [DOC. NO. 11];

SCHEDULING CONFERENCE

Court issues a tentative ruling, hears oral argument and takes the motion under submission.

The scheduling conference is held.

The Court sets the following schedule:

The settlement conference shall be conducted no later than April 30, 2016.  Plaintiff's motion for class certification is set for August 15, 2016, at 2:00 p.m.  Last day for filing the motion for class certification is May 27, 2016.  Defendant's opposition to be filed not later than June 30, 2016; Plaintiff's reply to be filed not later than July 25, 2016.

                                                                                         -    :   17

                                                              Initials of Preparer   md/wr